V. Bank Hapoalim, B.M.